1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  GUADALUPE G. GONZALEZ,          )     1:07-cv-1146 OWW SMS
                                   )
10                Plaintiff,       )     ORDER RE: PLAINTIFF'S
                                   )     MOTION TO COMPEL RESPONSES
11      v.                         )     TO REQUEST FOR PRODUCTION
                                   )     OF DOCUMENTS, SET NO. ONE
12 MERCED COUNTY; MERCED COUNTY    )     (DOCS. 21 & 23)
   SHERIFF'S DEPARTMENT; JOHN      )
13 McKNIGHT, individually and in   )
   his official capacity as a      )
14 Sheriff's Deputy with the Merced)
   County Sheriff's Department;    )
15 JASON COPE, individually and in )
   his official capacity as a      )
16 Sheriff's Deputy with the Merced)
   County Sheriff's Department; and)
17 DOES 1 through 50, inclusive,   )
                                   )
18                Defendants.      )
                                   )
19 _____)

20

21      Plaintiff is proceeding with a civil action in this court.

22 The matter has been referred to the Magistrate Judge pursuant to

23 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

24      Pending before the Court is a motion to compel production of

25 documents filed by Plaintiff, on March 24, 2008, and again on

26 April 3, 2008, including a joint statement of discovery dispute

27 together with exhibits attached thereto.

28      On April 18, 2008, Plaintiff's motion came on regularly for

                               1

1  hearing at 9:30 a.m. in Courtroom 7 before the Honorable Sandra

2  M. Snyder, United States Magistrate Judge.   Peter N. Kapetan

3  appeared on behalf of Plaintiff Guadalupe G. Gonzalez.   Chief of

4  Civil Litigation for Merced County, Roger S. Matzkind, appeared

5  on behalf of all Defendants.   Based on the stipulation of counsel

6  set forth in the conclusion of the joint statement, namely that

7  the parties have agreed to an *in camera* review by the court of

8  the evidence brought to court by the Defendants, the matter was

9  submitted to the Court for decision.

10

11 I.   Request for Production of Documents No. 14:

12          Any and all DOCUMENTS relating to any
            investigation YOU have commenced, undertaken,

13          or are currently undertaking, including but
            not limited to, audio tapes, transcripts, and

14          summaries of statements of witnesses, Merced
            County Sheriff Department personnel, or other

15          emergency medical services Personnel;
            complaints; investigative reports; fact

16          findings; recommendations; records of
            discipline imposed; and DOCUMENTS evidencing

17          the identities of the persons conducting or
            participating in such investigation; and any

18          other material created or generated as part
            of such investigations relating to the EVENTS

19          of February 15, 2007, which is subject matter
            of this litigation.

20

21      The documents provided to the Court for *in camera* review

22 contained no documents of any kind referencing this request.

23 Either no internal investigation was conducted or any such

24 reports of an investigation have already been produced by

25 Defendants to Plaintiff.   The Court is assuming that any and all

26 reports dealing directly with the incident that is the subject of

27 this lawsuit have already been produced pursuant to FRCP

28 26(a)(1).

2

II.  **Request for Production of Documents No. 16**:

>       **Any and all DOCUMENTS relating to any**
>       **complaints of excessive use of force, assault**
>       **and battery, false arrest or imprisonment,**
>       **negligence, violations of civil rights,**
>       **falsifying police reports, or acts of moral**
>       **turpitude against Defendant Deputy Jason Cope**
>       **and/or Deputy John McKnight, including, but**
>       **not limited to, any complaints, and other**
>       **DOCUMENTS evidencing the identities, Names**
>       **and addresses of the complaining persons.**

The documents provided to the Court for *in camera* review

contained one citizen complaint made against Deputy Cope only.

As the narrative provided by the complainant is rambling and

makes little sense, it is difficult for this Court to discern if

the 5/15/07 complaint is even remotely relevant to the

allegations in this underlying action.  However, the Court hereby

provides the name and contact information for the complainant:

>       **James Barrett - 7102 W. Winton Way; no city listed,**
>
>       **but assume Merced, CA; Telephone: (209) 358-0448.**

III.  **Request for Production of Documents No. 17**:

>       **Any and all DOCUMENTS relating to**
>       **investigations commenced, undertaken, or**
>       **currently being undertaken by the Internal**
>       **Affairs Unit of the Merced County Sheriff's**
>       **Department regarding complaints of excessive**
>       **force, assault and battery, false arrest or**
>       **imprisonment, negligence, violations of civil**
>       **rights, falsifying Police reports, or acts of**
>       **moral turpitude against Defendant Deputy**
>       **Jason Cope and/or Deputy John McKnight,**
>       **including, but not limited to, audio tapes,**
>       **transcripts of summaries of witnesses'**
>       **statements; investigative reports; fact**
>       **findings; recommendations; records of**
>       **discipline imposed; any documents evidencing**
>       **the identities of the persons conducting and**
>       **participating in such investigations; and any**
>       **other material created or generated as part**
>       **of an investigation of such complaint.**

3

1  The documents provided to the Court for *in camera* review

2  contained no documents of any kind referencing this request.

3

4  IV.  <u>Request for Production of Documents No. 22</u>:

5  All documents relating to Defendant Jason
   Cope's employment history with the Merced

6  County Sheriff's Department, including, but
   not limited to, records of positions held,

7  promotions, any disciplinary actions, any
   suspensions, and any intentions to terminate.

8

9  The documents provided to the Court for *in camera* review

10 reveal that Deputy Jason Cope was originally hired as a Reserve

11 Deputy Level I on January 20, 2004.  Of the 16 pages associated

12 with his new-hire, none appear to be of potential interest to

13 Plaintiff; the pages consist of signing off on the terms and

14 conditions of what it means to be "Extra-Help," copies of his CA

15 driver's license and social security card, and several

16 acknowledgments of receipt of policies such as the penalties for

17 misuse of CLETS information available to law enforcement,

18 receiving a copy of the County's Injury and Illness Prevention

19 Program, drug-free conditions of employment, sexual harassment

20 policies, child abuse reporting statement, computer and data

21 network appropriate use policy, etc.  There is no copy of any

22 application of employment in Deputy Cope's personnel file.

23 There is a section of evaluation summaries of Deputy Cope's

24 periodic on-the-job ratings.  The Court has read them all and

25 finds, in the main, satisfactory or better ratings.  The only

26 notations of "weak" rating appear on the evaluation of 1/24/07

27 and references not following regulations by leaving his assigned

28 beat area without permission to make vehicle stops or otherwise

1 respond to calls that are beyond his assignment.  Deputy Cope was

2 counseled regarding his behavior, and the evaluation reports

3 noted improvement.

4     If Plaintiff wishes copies of Deputy Cope's evaluation

5 summaries, he is to notify Defendants' counsel for production of

6 same.  Note: The Court orders that any production of documents

7 pursuant to this order should be made in conjunction with a

8 protective order that Defendants' counsel drafts for signatures

9 of all parties.  Too, the Court believes that copies of personnel

10 records of law enforcement officers should be for attorney's and

11 their expert's eyes only, that no copies of the copies should be

12 made, and that all copies be destroyed or returned directly to

13 Defendants at the conclusion of litigation.

14

15 **V.    Request for Production of Documents No. 23:**

16            **All documents relating to Defendant John**

17            **McKnight's employment history with the Merced**
           **County Sheriff's Department, including, but**

18            **not limited to, records of positions held,**
           **promotions, any disciplinary actions, any**

19            **suspensions, and any intentions to terminate.**

20     The documents provided for the Court's *in camera* review

21 reveal that Deputy Jonathan McKnight was hired on June 18, 1996,

22 as a Deputy Sheriff I.  As with Deputy Pope's file, there is

23 nothing else responsive to the request, i.e., nothing regarding

24 positions held, promotions, disciplinary actions, etc.  In the

25 evaluation section of Deputy McKnight's file, there are many more

26 reports than in Deputy Cope's file.  He is praised highly over

27 the years with ratings in the "good" and "excellent" categories.

28 In 2004, Deputy McKnight was rated "weak" regarding use of time;

1   he was counseled regarding using too much sick leave time.  As

2   with Deputy Cope, should Plaintiff wish copies of Deputy

3   McKnight's periodic employment evaluations, Defendants shall so

4   provide them with the same conditions as set forth by the Court

5   in section IV above.

6

7                              Conclusion

8        Counsel for Defendants shall make arrangements to pick up

9   the documents left for the Court's review at their earliest

10  convenience.  Contact Courtroom Deputy Harriet Herman to make

11  arrangements: (559) 499-5692.

12

13

14

15  IT IS SO ORDERED.

16  Dated:   April 30, 2008                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                  6