ISMAEL D. PEREZ, ESQ., SBN 145985
LAW OFFICES OF ISMAEL D. PEREZ
Community Towers I
111 W. St. John Street, Suite 855
San Jose, CA 95113
Telephone: (408) 293-7100
Facsimile: (408) 293-7745
easy@PerezLawOffice.com

Attorneys for Plaintiff, Guadalupe G. Gonzalez

JAMES N. FINCHER, S.B.N. 196837
MERCED COUNTY COUNSEL
ROGER S. MATZKIND, S.B.N. 77331
2222 M Street
Merced, CA 95340
Telephone: (209) 385-7564
Facsimile: (209) 726-1337
RMatzkind@co.merced.ca.us

Attorneys for Defendants,
MERCED COUNTY, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE G. GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>MERCED COUNTY; MERCED COUNTY SHERIFF'S DEPARTMENT; JOHN McKNIGHT, individually and in his official capacity as Sheriff's Deputy with the Merced County Sheriff's Department; JASON COPE, individually and in his official capacity as Sheriff's Deputy with the Merced County Sheriff's Department; and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO. 1:07-cv-01146 OWW/SMS<br><br>**STIPULATION AND TO AMEND SCHEDULING ORDER; AND ORDER THEREON** |

WHEREAS on or about August 14, 2008, plaintiff's former counsel, Peter N. Kapetan, withdrew from this action leaving plaintiff in Propria Persona;

WHEREAS on or about August 28, 2008 the Honorable Oliver W. Wanger granted a Stipulation to Amend the Scheduling Conference Order amending the scheduling order to allow plaintiff time to retain new counsel as follows:

Expert Disclosure Deadline: October 17, 2008;

Supplemental Expert Disclosure Deadline: Novermber 17, 2008;

Discovery Deadline: December 17, 2008;

Expert Discovery Deadline: December 17, 2008;

WHEREAS on or about September 15, 2008, plaintiff retained new counsel, Ismael D. Perez;

WHEREAS on or about September 15, 2008, plaintiff new counsel filed the Substitution of Attorney and said substitution of new counsel was approved by this court on September 16, 2008;

WHEREAS defendant delayed in scheduling the depositions and medical examine as a profession courtesy to incoming counsel;

WHEREAS on or about September 29, 2008, plaintiff new counsel finally obtain plaintiff's entire file in connection with this matter;

WHEREAS Plaintiff's new counsel, Ismael D. Perez, will need additional time to adequately review the case file and adequately prepare for the prosecution of this matter because he is a sole practitioner with other case scheduling conflicts and out of town obligations; and

WHEREAS both parties, and their respective counsel, have conferred with each other in connection with the current scheduling order and case deadlines and have agreed to and hereby stipulate to amend the current scheduling order and the current deadlines in this case and respectfully requests that the Court grant an Order rescheduling *all* the following scheduling dates and case deadlines as follows:

1) Discovery Cut-off: January 27, 2009;

2) Expert Disclosure Deadline: December 10, 2008;

3) Supplemental Expert Disclosure Deadline: January 10, 2009;

4) Expert Discovery Deadline: January 27, 2009;

5) Non-Dispositive Motion Filing Deadline: February 23, 2009;

6) Dispositive Motion Filing Deadline: March 10, 2009;

7) Settlement Conference Date: **March 4**, 2009; 10:00 a.m. Ctrm. 7; (**or any other date the court deems appropriate, after February 11, 2009**);

8) The Pre-Trial Conference: April 27, 2009; 11:00 a.m. Ctrm. 3;

9) The Trial Date: June 2, 2009: 9:00 a.m. Ctrm. 3 (JT-7 days); (**or any other date the court deems appropriate after June 2, 2009**;

THEREFORE, the parties do hereby stipulate to allowing the changes in the scheduling order as proposed above.

**IT IS SO STIPULATED:**

October 8, 2009

/s/ Ismael D. Perez
Ismael D. Perez, Attorney for
Plaintiff Guadalupe G. Gonzalez

October 8, 2009

/s/ Roger S. Matzkind
Roger Matzkind, Attorney for
Defendants County of Merced, Merced
County Sheriff's Department, Jason Cope
and John McKnight

IT IS SO ORDERED.

**Dated: October 10, 2008**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE