1  JAMES N. FINCHER  S.B.N.  196837
   MERCED COUNTY COUNSEL
2  ROGER S. MATZKIND S.B.N.77331
   2222 M Street, Room 309
3  Merced, CA  95340
   Telephone:     (209) 385-7564
4  Facsimile:     (209) 726-1337

5  Attorneys for the County of Merced, Merced County Sheriff's Department, Deputy Sheriff John McKnight, and Deputy Sheriff Jason Cope

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCED COUNTY, MERCED COUNTY SHERIFF'S DEPARTMENT, JOHN McKNIGHT, individually and in his capacity as a Merced County Sheriff's Deputy; JASON COPE , individually and in his capacity as a Merced County Sheriff's Deputy; DOES I-50, inclusive,<br><br>Defendants. | CASE NO. 1:07-CV-01146-OWW-SMS<br><br>STIPULATION AND ORDER |

WHEREAS plaintiff's attorney Ismeal Perez is a sole practitioner;

WHEREAS the plaintiff's deposition began on July 25, 2008;

WHEREAS the continued deposition of the plaintiff was scheduled to allow plaintiff to obtain new counsel;

WHEREAS the continued deposition of plaintiff scheduled for November 5, 2008, was rescheduled at the plaintiff's request;

WHEREAS the continued deposition of plaintiff rescheduled for November 12, 2008, was again rescheduled at the plaintiff's request;

WHEREAS the continued deposition date could interfere with defendant's ability to complete discovery and/or make dispositive motions;

1    WHEREAS the Independent Medical Examination of plaintiff scheduled for
2 November 2, 2008, was rescheduled to November 19, 2008, at the plaintiff's request;
3    NOW THEREFORE it is stipulated between Ismeal Perez, counsel for plaintiff, and
4 Roger S. Matzkind, counsel for defendant County of Merced:
5    1. The Independent Medical Examination of Guadalupe Gonzalez will be held on
6       November 19, 2008, at 9:00 a.m. at the office of Dr. Donald R. Huene, located
7       at 201 N. Valeria Street, Fresno, CA  93701;
8    2. Guadalupe Gonzalez's continued deposition will be held on December 12,
9       2008, at 10:00 a.m. at Associated Reporters, located at 728 West 19th Street,
10      Merced, CA  95340;
11   3. The plaintiff will submit to a psychological examination if plaintiff raises a
12      psychological claim and defense deems it necessary, with a correlating later
13      disclosure of such expert's report;
14   4. The plaintiff will agree to extend discovery and dispositive motion deadlines if
15      defense deems it necessary to complete their discovery.
16
17 Dated:  November 12, 2008             JAMES N. FINCHER
                                          MERCED COUNTY COUNSEL
18
19
                                          By:  /s/Roger S. Matzkind
20                                             ROGER S. MATZKIND,
                                               CHIEF CIVIL LITIGATOR
21                                             Attorneys for Defendants
22
23 Dated:  November 12, 2008             ISMAEL D. PEREZ
                                          LAW OFFICES OF ISMAEL D. PEREZ
24
25
                                          By:  /s/Ismael D. Perez
26                                             ISMAEL D. PEREZ
                                               Attorneys for Plaintiff
27
28 [Order continues on page 3]

1  IT IS SO ORDERED.
2
3  Date: November 17, 2008        /s/ OLIVER W. WANGER
                                  UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com