James N. Fincher, S.B.N.  196837
Merced County Counsel
Roger S. Matzkind, S.B.N.77331
2222 M Street, Room 309
Merced, CA  95340
Telephone:     (209) 385-7564
Facsimile:     (209) 726-1337

Attorneys for the County of Merced,
Merced County Sheriff's Department, Deputy Sheriff
John McKnight, and Deputy Sheriff Jason Cope

United States District Court

Eastern District of California

| | |
|---|---|
| Guadalupe Gonzalez,<br><br>Plaintiffs,<br><br>vs.<br><br>Merced County, Merced County Sheriff's Department, John McKnight, individually and in his capacity as a Merced County Sheriff's Deputy; Jason Cope , individually and in his capacity as a Merced County Sheriff's Deputy; DOES I-50, inclusive,<br><br>Defendants. | CASE NO. 1:07-CV-01146-OWW-SMS<br><br>Stipulation and Order |

WHEREAS the depositions of expert witnesses were delayed pending the court's determination of a defense motion for discovery sanctions;

WHEREAS after the discovery motion was heard on January 30, 2009, plaintiff located three witnesses, two of whom have been deposed and one will be deposed on February 18, 2009;

WHEREAS expert discovery has not been completed due to the delays in locating the above witnesses;

NOW THEREFORE it is stipulated between Ismael Perez, counsel for plaintiff, and Roger S. Matzkind, counsel for defendant County of Merced the following pre-trial schedule:

PDF created with pdfFactory trial version www.pdffactory.com

| | Current Deadline | Stipulated Deadline |
|---|---|---|
| **Expert discovery deadline:** | January 27, 2009 | **March 13, 2009** |
| **Dispositive motion filing deadline:** | March 10, 2009 | **April 3, 2009** |
| **Dispositive motion hearing date:** | Not currently set | **May 4, 2009** |
| **Pre-Trial Conference:** | April 27, 2009 | **May 11, 2009** |
| **Trial Date:** | June 2, 2009 | **June 2, 2009** |

Dated:                          JAMES N. FINCHER
                                MERCED COUNTY COUNSEL


                                By:  /s/Roger S. Matzkind
                                   ROGER S. MATZKIND,
                                   CHIEF CIVIL LITIGATOR
                                   Attorneys for Defendants


Dated:                          ISMAEL D. PEREZ
                                LAW OFFICES OF ISMAEL D. PEREZ


                                By:  /s Ismael D. Perez
                                   ISMAEL D. PEREZ
                                   Attorneys for Plaintiff

IT IS SO ORDERED.

Date:   February 23, 2009       /s/ OLIVER W. WANGER
                                UNITED STATES DISTRICT JUDGE

Merced County Counsel
2222 M Street
Merced, CA 95340

2

Stipulation and Order                               1:07-CV-01146-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com