James N. Fincher, S.B.N. 196837
Merced County Counsel
Roger S. Matzkind, S.B.N.77331
2222 M Street, Room 309
Merced, CA  95340
Telephone:	(209) 385-7564
Facsimile:	(209) 726-1337

Attorneys for the County of Merced,
Merced County Sheriff's Department, Deputy Sheriff
John McKnight, and Deputy Sheriff Jason Cope

United States District Court

Eastern District of California

| | |
|---|---|
| Guadalupe Gonzalez, | CASE NO. 1:07-CV-01146-OWW-SMS |
| Plaintiffs, | |
| vs. | Order on Motion to Continue Trial |
| Merced County, Merced County Sheriff's Department, John McKnight, individually and in his capacity as a Merced County Sheriff's Deputy; Jason Cope , individually and in his capacity as a Merced County Sheriff's Deputy; DOES I-50, inclusive, | **Date: July 13, 2009**<br>**Time: 10:00 a.m.**<br>**Courtroom: 3**<br>**Judge Oliver W. Wanger** |
| Defendants. | **Trial Date: August 18, 2009** |

On July 13, 2009, plaintiff's motion to continue trial came on for hearing in Courtroom 3 of the above entitled court, the Honorable Oliver W. Wanger presiding. Ismael Perez appeared telephonically on behalf of the plaintiff, Guadalupe Gonzalez. Roger S. Matzkind of the office of the County Counsel, County of Merced, appeared on behalf of the County of Merced, Jon McKnight and Jason Cope.  The court considered the records, pleadings, and files herein, as well as the argument of all present.

GOOD CAUSE HAVING BEEN SHOWN THEREFOR, THE COURT NOW ORDERS AS FOLLOWS:

1. The motion to continue the trial date is denied.

    2.    Subject to objection, plaintiff may use a video deposition of Dr. MacWhorter at trial.

    3.    The deposition will be taken at plaintiff's expense with each party to bear their own travel expenses.

    4.    The Jury trial date remains August 18, 2009.

APPROVED AS TO FORM.

Date: July 16, 2009                                Law Offices of Ismael Perez

                                                      /s/ Ismael Perez
                                                      Ismael Perez,
                                                      Attorney for Plaintiff, Guadalupe Gonzalez

IT IS SO ORDERED:

Date:   7/16/2009                               /s/ OLIVER W. WANGER
                                                      OLIVER E. WANGER
                                                      UNITED STATES DISTRICT JUDGE