UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE GONZALEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>MERCED COUNTY, JOHN MCKNIGHT, INDIVIDUALLY AND IN HIS CAPACITY AS A MERCED COUNTY SHERIFF'S DEPUTY, JASON COPE, INDIVIDUALLY AND IN HIS CAPACITY AS A MERCED COUNTY SHERIFF'S DEPUTY,<br><br>              Defendants. | 1:07-CV-01146 OWW SMS<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this case is dismissed with prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED.

**Dated:   August 4, 2009**                           **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE

1